**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREGORY WALKER, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:14-mj-00487-GWF <br><br> **ORDER** <br><br> Motion to Withdraw - #11 |

This matter is before the Court on the Federal Public Defender's Ex-Parte Motion to Withdraw and For Appointment of New Counsel (#11), filed on October 20, 2014.

Counsel has shown substantially good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that the Federal Public Defender's Ex-Parte Motion to Withdraw (#11) is **granted**.

DATED this 21st day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge